**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,            ) | CR-11-50140-PHX-GMS |
|                        Plaintiff,        ) |  |
| vs.                                        ) | **DETENTION ORDER** |
| Anastacio Garcia-Caraveo,        ) |  |
|                        Defendant.      ) |  |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on May 14, 2012.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a serious flight. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 14th day of May, 2012.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge